# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC.　　　　*
　　　　　　　　　　　　　　　*
　　Plaintiff　　　　　　　　 *
　　　　　　　　　　　　　　　*
　　vs.　　　　　　　　　　　 *　　Civil 98-1970 (PG)
　　　　　　　　　　　　　　　*
AUTO EXPO, INC.　　　　　　　 *
　　　　　　　　　　　　　　　*
　　Defendant　　　　　　　　 *
　　　　　　　　　　　　　　　*
------------------------------*

## ORDER TO SHOW CAUSE

It appears from the docket of this case that no action has been taken since February 11, 1999. Plaintiff's attorney, Enrique Peral, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　JUAN M. PEREZ-GIMENEZ
　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge

AO 72A
(Rev. 8/82)

