UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. ET, AL.,
    Plaintiffs,

v.                                          Civil No. 98-1970 (PG)

AUTO EXPO, INC.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #6 - Motion In Compliance With Order To Show Cause. | *noted* |

Date: _____ May 16, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge