UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. ET AL.,      *
    Plaintiff,                   *
                                 *
       v.                        *      CIVIL NO. 98-1970 (PG)
                                 *
AUTO EXPO, INC.,                     *
    Defendant.                   *

_____

## J U D G M E N T

    On this same date the Court entered an Order approving plaintiff's motion (Docket No. 6). On said motion plaintiff requests the voluntary dismissal of the instant case. WHEREFORE, it is

    **ORDERED and ADJUDGED** that the instant case is **DISMISSED.**

    **IT IS SO ORDERED.**

San Juan, Puerto Rico ____May____ __17__, 2000.

                         _____
                         JUAN M. PEREZ-GIMENEZ
                         U.S. District Judge

AO 72A
(Rev. 8/82)